No. 92–8543. KLEINSCHMIDT *v.* UNITED STATES FIDELITY & GUARANTY INSURANCE CO. ET AL. Dist. Ct. App. Fla., 3d Dist. Certiorari denied. ▮

No. 92–8545. JENKINS ET AL. *v.* UTAH. Ct. App. Utah. Certiorari denied.

No. 92–8552. TAGGART *v.* ILLINOIS. App. Ct. Ill., 2d Dist. Certiorari denied. ▮

No. 92–8555. SLUSHER *v.* COLORADO. Ct. App. Colo. Certiorari denied. ▮

No. 92–8564. PALMER *v.* CALIFORNIA. C. A. 9th Cir. Certiorari denied. ▮

No. 92–8572. BROWNE *v.* IOWA. Sup. Ct. Iowa. Certiorari denied. ▮

No. 92–8573. ENDRES *v.* DELO, SUPERINTENDENT, POTOSI CORRECTIONAL CENTER. C. A. 8th Cir. Certiorari denied. ▮

No. 92–8574. FAIRCHILD *v.* ENDELL, DIRECTOR, ARKANSAS DEPARTMENT OF CORRECTION. C. A. 8th Cir. Certiorari denied. ▮

No. 92–8575. JONES *v.* CITY OF ST. PAUL, MINNESOTA, ET AL. C. A. 8th Cir. Certiorari denied. ▮

No. 92–8577. HINES *v.* BORG, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 92–8580. HUNT *v.* MILLS, WARDEN. C. A. 6th Cir. Certiorari denied. ▮

No. 92–8584. JEFFERS *v.* CLARK, WARDEN, ET AL. C. A. 7th Cir. Certiorari denied. ▮

No. 92–8585. SULLIVAN *v.* FREEMAN ET AL. C. A. 7th Cir. Certiorari denied.

No. 92–8586. SNYDER *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.